MARGARET LEHRKIND
SBCA # 314717
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN M MANRIQUE,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant | CASE NO.: 2:24-cv-03193-JDP<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    The parties, through their attorneys of record, hereby stipulate, subject to the Court's approval, to extend the time allowed for the Plaintiff to file his motion for summary judgment to April 21, 2025.

    Good cause exists for this request.  Plaintiff's counsel has worked diligently to comply with the Court's deadlines in this case.  However, Plaintiff's counsel had several unexpected deadlines in early April and requires an additional 14 days to prepare the motion for summary judgment in this case.

    On April 3, 2025, Defendant's counsel agreed to stipulate to Plaintiff's request for an extension of time.

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1

Based on the foregoing, Plaintiff's counsel requests that the court grant his request for an extension of time.

DATE: April 3, 2025            Respectfully submitted,

By:    */s/ Margaret Lehrkind*
       Margaret Lehrkind
       SBCA # 314717
       2625 Alcatraz Ave, # 208
       Berkeley, CA 94705
       Tel: 510-590-1907
       Margaret@LehrkindLawOffice.com

By:    */s/ Franco Becia*
       Office of the General Counsel, SSA
       Office of Program Litigation, Office 7
       Social Security Administration
       6401 Security Boulevard
       Baltimore, MD 21235
       510-970-4808
       Email: franco.l.becia@ssa.gov

IT IS SO ORDERED.

Dated: April 4, 2025            _____
                                                    JEREMY D. PETERSON

                                             UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 2